443 So.2d 1119 (1984)
John Allen STEPHENS
v.
The STATE of Louisiana, Through the DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, and Bernice Stanfield.
MID FLORIDA TRUCKING, INC.
v.
The STATE of Louisiana, Through the DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, et als.
C.H. KNIGHT LIVESTOCK, INC.
v.
Herman FISHER, d/b/a Mid Florida Trucking Co. and State of Louisiana, Through the Department of Transportation & Development.
No. 83-C-2392.
Supreme Court of Louisiana.
January 6, 1984.
Denied.